UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                                        Case No.  06-cr-97-01/02-SM

<u>Edward Cervantes Arias</u>
<u>and Jose Luis Alsina-Ortiz</u>

<u>O R D E R</u>

Defendant Alsina-Ortiz's motion to continue the final pretrial conference and trial is granted  (document 16).   Trial has been rescheduled for the September  2006 trial period.   Defendant Alsina-Ortiz's Bennett  shall file a waiver of speedy trial rights not later than July 3, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August 30, 2006 at 9:00 a.m.

**Jury Selection**:  September 6,  2006 at 9:30 a.m.

SO ORDERED.

                                         _____
                                         Steven J. McAuliffe
                                         Chief Judge

June 26, 2006

cc:   Richard N. Foley, Esq.
      Jose A. Espinosa, Esq.
      Michael Sheehan, Esq.
      Mark Zuckerman, AUSA
      US Probation
      US Marshal