UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Case No.  06-cr-97-01/02-SM

Edward Cervantes Arias
and Jose Luis Alsina-Ortiz

## O R D E R

Defendant Alsina-Ortiz's motion to continue the final pretrial conference and trial is granted (document 26).  Trial has been rescheduled for the March 2007 trial period.  Defendant Alsina-Ortiz shall file a waiver of speedy trial rights not later than December 27, 2006.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  February 22, 2007 at 11:30 a.m.

**Jury Selection**:  March 6, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 18, 2006

cc: Richard N. Foley, Esq.
    Jose A. Espinosa, Esq.
    Michael Sheehan, Esq.
    Mark Zuckerman, AUSA
    US Probation
    US Marshal

2